UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA SOSA,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00443- AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS REMANDING THE MATTER TO KERN COUNTY SUPERIOR COURT |

　　　　Defendant Sandra Sosa seeks the removal of the unlawful detainer action initiated by U.S. Bank National Association, in Kern County Superior Court Case No. S-1500-CL-289060.  (Doc. 1.) Because an action for unlawful detainer arises under California law, the Magistrate Judge found the Court lacks subject matter jurisdiction over the complaint and recommended the action be remanded to the Kern County Superior Court on March 26, 2015.  (Doc. 3.)  Plaintiff was given fourteen days to file any objections to the recommendation. (Id. at 4.) In addition, she was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)).  To date, no objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed March 26, 2015 (Doc. 3) are **ADOPTED IN FULL**;
2. The matter is **REMANDED** to the Superior Court of Kern County; and
3. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   April 15, 2015

SENIOR   DISTRICT   JUDGE